AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:22-mj-00128 |
| Traci Isaacs, (DOB: XXXXXXXX) | ) | Assigned to: Judge Faruqui, Zia M. |
| Luis Hallon, (DOB: XXXXXXXX) | ) | Assign Date: 6/6/2022 |
| Leslie Gray, (DOB: XXXXXXXX) | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                                                          *Offense Description*

Isaacs Charges:
18 U.S.C. §§ 1752(a)(1) and (2) - Remaining in a Restricted Building With Intent to Impede or Disrupt Official Functions;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Disorderly or Disruptive Conduct on the Capitol Grounds, Parading in a Capitol Building;
18 U.S.C. § 1512(c)(1) - Impair a Record or Document for use in an Official Proceeding.
Hallon Charges:
18 U.S.C. §§ 1752(a)(1) and (2) - Remaining in a Restricted Building With Intent to Impede or Disrupt Official Functions;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Disorderly or Disruptive Conduct on the Capitol Grounds, Parading in a Capitol Building.
Gray Charges:
18 U.S.C. §§ 1752(a)(1) and (2) - Remaining in a Restricted Building With Intent to Impede or Disrupt Official Functions;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Disorderly or Disruptive Conduct on the Capitol Grounds, Parading in a Capitol Building;
18 U.S.C. § 231(a)(3) - Obstruct, Impede, or Interfere with Law Enforcement Officer;
18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Matthew Oliver, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __06/06/2022__

*Judge's signature*

City and state: __Washington, D.C.__                Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*