## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Case No.: 22-MJ-128 (ZMF)** |
| **TRACI ISAACS,** : | |
| **LUIS HALLON, and** : | |
| **LESLIE GRAY.** : | |
| : | |
| **Defendants.** : | |
| : | |

### NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Samuel S. Dalke is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: June 23, 2022         MATTHEW M. GRAVES
                              UNITED STATES ATTORNEY
                              D.C. Bar No. 481052

                    By:    /s/ Samuel S. Dalke
                           SAMUEL S. DALKE
                           Assistant United States Attorney - Detailee
                           Pennsylvania Bar No. 311803
                           U.S. Attorney's Office for the District of Columbia
                           601 D Street, N.W.
                           Washington, DC 20530
                           Phone: (717) 221-4453
                           Email: samuel.s.dalke@usdoj.gov

## **CERTIFICATE OF SERVICE**

      On this 23rd day of June, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                    */s/ Samuel S. Dalke*
                                                    SAMUEL S. DALKE
                                                    Assistant United States Attorney