UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-mj-128 (ZMF) |
| | : | |
| TRACI ISAACS and LESLIE GRAY, | : | |
| | : | |
| Defendants. | : | |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

  The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. Counsel for the United States conferred with counsel for Defendants Traci Isaacs and Leslie Gray about the proposed protective order, and neither opposes this motion or the entry of the protective order at this time. As result, there is no opposition to the entry of the attached protective order in this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:  /s/ Samuel S. Dalke
SAMUEL S. DALKE
Assistant United States Attorney – Detailee
PA Bar No. 311803
601 D Street N.W.
Washington, DC 200530
Samuel.S.Dalke@usdoj.gov
717-515-4095