UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-mj-128 (ZMF) |
| | : | |
| TRACI ISAACS and LESLIE GRAY, | : | |
| | : | |
| Defendants. | : | |

**UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously submitted protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for both defendants regarding this motion and there is no opposition to this motion or the proposed order at this time.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                       Respectfully submitted,

                                       MATTHEW M. GRAVES
                                       UNITED STATES ATTORNEY
                                       D.C. Bar Number 481052

By:   /s/ Samuel S. Dalke
        SAMUEL S. DALKE
        Assistant United States Attorney – Detailee
        PA Bar No. 311803
        601 D Street N.W.
        Washington, D.C. 20530
        Samuel.S.Dalke@usdoj.gov
        717-515-4095