UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-mj-128 (ZMF) |
| : | |
| TRACI ISAACS and LESLIE GRAY, : | |
| : | |
| Defendants. : | |

## ORDER

Based upon the representations in the Consent Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that the currently scheduled preliminary and status hearings on September 1, 2022, be continued for good cause to November 1, 2022, at 1:00 p.m.; and it is further

**ORDERED** that the time between September 1, 2022, and November 1, 2022, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy indictment and trial, as a continuance will provide the parties additional time to review discovery and to work on negotiating a potential pretrial resolution.

Date: August 26, 2022

_____
THE HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE