UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Case No.: 22-CR-338 (DLF) |
| LESLIE GRAY, | : |
| | : |
| and | : |
| | : |
| TRACI ISAACS, | : |
| | : |
| Defendants. | : |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Samuel S. Dalke, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ Samuel S. Dalke
SAMUEL S. DALKE
Assistant United States Attorney - Detailee
Pennsylvania Bar No. 311803
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (717) 221-4453
Email: samuel.s.dalke@usdoj.gov

## CERTIFICATE OF SERVICE

On this 20th day of April, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

By:     */s/ Samuel S. Dalke*
          SAMUEL S. DALKE
          Assistant United States Attorney