**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 22-cr-338 (DLF)** |
| : | |
| **LESLIE GRAY,** : | |
| : | |
| : | |
| **Defendant.** : | |

## ORDER

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled motions hearing on April 26, 2023 be continued for good cause until May 10, 2023; and it is further

**ORDERED** that the time between April 26, 2023 and May 10, 2023 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and additional time to review discovery.

_____
THE HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE