NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                                      Criminal Number  22-CR-00338

<u>LESLIE GRAY</u>
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Jay P. Mykytiuk, 976596
*(Attorney & Bar ID Number)*

Scrofano Law PC
*(Firm Name)*

600 F Street NW Suite 300
*(Street Address)*

Washington         DC         20004
*(City)*              *(State)*        *(Zip)*

202-630-1522
*(Telephone Number)*