IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:22-cr-00338 |
| LESLIE GRAY, ) | JUDGE DABNEY L. FRIEDRICH |
| Defendant. ) | |

**MOTION FOR ADMISSION OF ATTORNEY DENNIS O'BRIEN
TO APPEAR PRO HAC VICE**

DENNIS O'BRIEN hereby applies for permission to appear and participate as counsel for Defendant LESLIE GRAY in the above-entitled matter pursuant to LCrR 44.l(c) and of the Local Rules for the United States District Court for the District of Columbia. DENNIS O'BRIEN is a member in good standing of the State Bar of Georgia. The grounds for this application are set forth in the attached Declaration in Support of Motion for Admission of Attorney DENNIS O'BRIEN to Appear *Pro Hac Vice.*

The undersigned, JAY MYKYTIUK, is a member in good standing of the bar of this Court and hereby consents to serve as associated co-counsel with the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel

**CONTINUED ON PAGE 2**

1

may readily communicate regarding this case, and upon whom papers shall be served.

DATED this 11th day of May 2023.

Respectfully submitted,

SCROFANO LAW PC

/s/_____

BY:   **JAY MYKYTIUK**
D.C. Bar No.: 976596
600 F Street NW
SUITE 300
WASHINGTON, DC 20004
202-670-2390
jpm@scrofanolaw.com
On Behalf of Attorney
Dennis O'Brien
GA State Bar No. 548495
*(pro hac vice* application pending)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:22-cr-00338 |
| LESLIE GRAY, | ) JUDGE DABNEY L. FRIEDRICH |
| Defendant. | ) |

### DECLARATION OF ATTORNEY DENNIS O'BRIEN
### IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, Dennis O'Brien, hereby declare:

1. My name, office address, and telephone number are as follows:

   Dennis O'Brien
   O'Brien Law Firm, P.C.
   33 Bull St., Ste. 540,
   Savannah, Georgia 31401
   912-704-5150

2. I have been admitted to the following courts and bars:

   *Admission to Practice*
   Bar of the State of Georgia – Admitted November 2, 2005
   United States District Court for the Southern District of Georgia – 2006

3. I am currently in good standing with all states, courts, and bars in which I am admitted, and have never been disciplined by any bar.

4. I have not previously been admitted *pro hac vice* in this Court.

**CONTINUED ON PAGE 2**

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

This, the 11th day of May 2023.

Respectfully submitted,

_____
Dennis O'Brien
GA State Bar No. 548495
Attorney for Leslie Gray

Dennis O'Brien
O'Brien Law Firm, P.C.
33 Bull St., Ste. 540,
Savannah, Georgia 31401
912-704-5150
Email:  savannahlawyer@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court and provided to all parties of record via CM/ECF this 12th day of May 2023.

/s/
**Jay Paul Mykytiuk**