IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CASE NO. 1:22-cr-00338 |
| LESLIE GRAY, | ) ) | JUDGE DABNEY L. FRIEDRICH |
| Defendant. | ) ) ) | |

**ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY DENNIS O'BRIEN TO APPEAR PRO HAC VICE**

Having reviewed the *Motion For Admission Of Attorney Dennis O'Brien to Appear Pro Hac Vice,* the Court finds that the motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Dennis O'Brien is admitted to practice before this Court for the limited purpose of appearing in this case as attorney for Defendant Leslie Gray.

**IT IS SO ORDERED** this ____ day of May, 2023.

Dabney L. Friedrich
United States District Judge