# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**GRAY, LESLIE**<br>*Defendant* | CASE NO.: 1:22-cr-00338 |

## ENTRY OF APPEARANCE

Dennis A. O'Brien, Jr., lead and trial counsel, hereby enters his appearance as counsel of record for the above styled Defendant and requests that all court notices, calendars, etc., in the above captioned case be sent to him.

This 23RD day of May, 2023.

                                              Dennis A. O'Brien, Jr.
                                              State Bar No. 548495
                                              *Attorney for the Defendant*
                                              *Pro Hac Vice*
                                              savannahlawyer@gmail.com

THE O'BRIEN LAW FIRM, P.C.
33 Bull Street
Suite 540
SAVANNAH, GA 31401
912-704-5150 Telephone