UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 20-CR-219 (RJL) |
| | : | |
| BRIAN LINDSEY, | : | 18 U.S.C. § 922(g)(1) |
| | : | |
| Defendant. | : | |

### STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

1. On October 7, 2020, at approximately 5:00 PM, I was in possession of two loaded firearms while walking in the 2900 block of Erie Street S.E. in Washington, D.C.

2. I have learned that the two firearms in my possession were (1) a SCCY CPX-1 9 mm firearm, Serial No. 820248; and (2) a privately-made firearm ("PMF").

3. I have learned that there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearms and ammunition in this case would have traveled in interstate commerce prior to being recovered on October 7, 2020 in the District of Columbia.

4. I was previously convicted of Carjacking in the Circuit Court for Prince George's County, Maryland, Case No. CT051739X. On December 15, 2006, I was sentenced to 20 years of imprisonment (10 years suspended) and 5 years of probation for that conviction.

5. At the time of this incident on October 7, 2020, I was aware that I had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

## Limited Nature of Factual Basis

6. This proffer of evidence is not intended to constitute a complete statement of all facts known by me or the Government. Rather, it is a limited statement of facts intended to provide the minimal necessary factual predicate for my guilty plea.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of April, 2023.

Brian Lindsey
Defendant

**DEFENDANT'S ACKNOWLEDGMENT**

I have read this Statement of Offense and carefully reviewed every part of it with my attorney, Ubong Akpan, Esq. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters relating to it. I fully understand this Statement of Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to fully understand this Statement of Offense. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

Date: 4/25/2023

Brian Lindsey
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read this Statement of Offense and carefully reviewed it with my client and discussed it fully. I do not object to my client's agreement with and acceptance of this Statement of Offense.

Date: 4/25/2023

Ubong Akpan, Esq.
Counsel for Defendant