# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 22-cr-338 (DLF) |
| **LESLIE GRAY** | |
| **Defendant.** | |

### GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
### PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the exhibits that were provided to the Court and defense counsel on September 21, 2023, via USAfx, in relation to Government's Sentencing Memorandum. Because the exhibits are video clips, screenshots, and other electronic media, they are not in a format that readily permits electronic filing on CM/ECF. The exhibits are as follows:

1. Government Exhibit A is a video that portrays Ms. Gray's approach from the East Front of the Capitol toward the Columbus Doors. The video is from Ms. Gray's Facebook page and is from sometime before 2:30 p.m. on January 6, 2021.

2. Government Exhibit B is a video that portrays Ms. Gray's approach from the East Front of the Capitol toward the Columbus Doors. The video is from Ms. Gray's Facebook page and is from sometime before 2:30 p.m. on January 6, 2021.

3. Government Exhibit C is a video that portrays Ms. Gray's approach from the East Front of the Capitol toward the Columbus Doors. It shows her reach the steps on the East Side of the Capitol, just below the Columbus Doors. The video is from Ms. Gray's Facebook page and is from sometime before 2:30 p.m. on January 6, 2021.

4. Government Exhibit D is a video that portrays Ms. Gray on the East Porch on the East Side

of the Capitol, just outside Columbus Doors. The video is from Ms. Gray's Facebook page and is from sometime before 2:40 p.m. on January 6, 2021.

5. Government Exhibit E is a video that portrays Ms. Gray on the East Porch on the East Side of the Capitol, just outside Columbus Doors. The video is from Ms. Gray's Facebook page and is from sometime before 2:40 p.m. on January 6, 2021.

6. Government Exhibit F is a video that portrays Ms. Gray on the East Porch on the East Side of the Capitol, just outside Columbus Doors. The video is from Ms. Gray's Facebook page and is from sometime before 2:40 p.m. on January 6, 2021.

7. Government Exhibit G is a video that portrays Ms. Gray on the East Porch on the East Side of the Capitol, just outside Columbus Doors. It also shows Ms. Gray's entrance into the Capitol building itself, and her entrance into the Rotunda. The video is from Ms. Gray's Facebook page and begins around 2:40 p.m. on January 6, 2021.

8. Government Exhibit H is a video that portrays Ms. Gray inside the Capitol Building. The video is from Ms. Gray's Facebook page on January 6, 2021.

9. Government Exhibit I is a video that portrays Ms. Gray inside the Capitol Building. The video is from Ms. Gray's Facebook page on January 6, 2021.

10. Government Exhibit J is a video that portrays Ms. Gray inside the Capitol Building. The video is from an MPD officer body worn camera and is from around 2:54 p.m. on January 6, 2021.

11. Government Exhibit K is a video that portrays Ms. Gray leaving the Capitol Building. The video is from Ms. Gray's Facebook page and begins just after 2:55 p.m. on January 6, 2021.

12. Government Exhibit L is a video that portrays Ms. Gray outside the East Front of the Capitol, just below the Columbus Doors. The video is from Ms. Gray's Facebook page and is from sometime after 3:00 p.m. on January 6, 2021.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY


By:    */s/ Kyle M. McWaters*
        Kyle M. McWaters
        Assistant United States Attorney
        D.C. Bar No. 241625
        601 D Street NW
        Washington, DC 20003
        (202) 252-6983
        kyle.mcwaters@usdoj.gov